# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Erica R. Lumpkins | ) | Chapter 13 |
| | ) | Case No. 16 B 21543 |
| Debtor(s) | ) | Judge LaShonda A. Hunt |

## Notice of Motion

Erica R. Lumpkins  
1000 64th St. Apt. 2  
La Grange Highlands, IL  60525

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On August 12, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building  
> 219 South Dearborn  
> Courtroom 719  
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, July 31, 2019.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 01, 2016, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 07, 2016, for a term of 36 months with payments of $325.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 36 | $14,607.00 | $12,249.41 | $2,357.59 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 07/31/2019  
Due Each Month: $325.00  
Next Pymt Due: 07/31/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 01/08/2019 | 75289 | $162.50 | 01/22/2019 | 75361 | $162.50 |
| 01/31/2019 | 75456 | $162.50 | 02/15/2019 | 75528 | $162.50 |
| 03/01/2019 | 75574 | $162.50 | 03/15/2019 | 75684 | $162.50 |
| 03/25/2019 | 75748 | $162.50 | 04/11/2019 | 75825 | $162.50 |
| 04/26/2019 | 75892 | $162.50 | 05/09/2019 | 75976 | $162.50 |
| 05/20/2019 | 76061 | $162.50 | 06/17/2019 | 76210 | $162.50 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL  60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE